IN THE SUPREME COURT OF THE STATE OF NEVADA

KENTON KING,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARY KAY HOLTHUS, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82945

FILED

JUL 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION
FOR A WRIT OF MANDAMUS*

This original petition for a writ of mandamus seeks to compel the district court to set less restrictive conditions for pretrial release on bail.

The decision to entertain a petition for extraordinary writ relief lies within the discretion of this court. *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). A writ of mandamus is available only to compel the performance of a legally required act or to cure an arbitrary and capricious exercise of discretion. *Round Hill Gen. Improvement Dist. v. Newman,* 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). It is petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d

21-18959

840, 844 (2004). Having considered the petition and its accompanying documents, we are not satisfied that our intervention by way of extraordinary writ is warranted.

Further, petitioner has not provided this court with a copy of a district court order denying him relief in the first instance. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:  Hon. Mary Kay Holthus, District Judge
     Nevada Defense Group
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk